IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LESTER JEROME SELMON**                                              **PETITIONER**

**V.**                    **CIVIL ACTION NO.: 4:18CV133-MPM-RP**

**PELICIA HALL**                                                      **RESPONDENT**

## **FINAL JUDGMENT**

In accordance with the Order of Dismissal entered today, the instant petition is **DISMISSED WITHOUT PREJUDICE**.

    **SO ORDERED**, this the 6th day of August, 2018.

                                                /s/ Michael P. Mills
                                                UNITED STATES DISTRICT JUDGE